# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Zhen Hua Li<br>*Defendant* | Case No. 24 CR 77 (NCM) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zhen Hua Li.

Date: 02/26/2024

*Robert Caliendo*
*Attorney's signature*

Robert Caliendo (RC1515)
*Printed name and bar number*

31 West 34th St., 7th Floor
New York, NY 10001

*Address*

rc@caliendo-law.com
*E-mail address*

(646) 668-5615
*Telephone number*

*FAX number*